JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: *bundickj@gtlaw.com*

*Attorneys for Defendants
Saxon Mortgage Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICK J. ZARZA,, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br> SAXON MORTGAGE SERVICES, INC. <br><br> Defendants. | Case No. 2:18-cv-00851-JCM-NJK <br><br> **STIPULATION TO EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel of record as follows: the deadline for Defendant Saxon Mortgage Services, Inc. to respond to the Complaint is hereby extended to June 22, 2018. The reason for the stipulation to extend is that counsel for Saxon Mortgage Services, Inc. was just retained to defend it in this action and the parties will be discussing potential settlement.

**IT IS SO STIPULATED.**

Dated this 1st day of June, 2018.                              Dated this 1st day of June, 2018.

GREENBERG TRAURIG, LLP                              HAINES & KRIEGER, LLC

*/s/ Jacob D. Bundick,Esq.*                                          */s/ David H. Krieger, Esq.*
JACOB D. BUNDICK, ESQ.                                   DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9772                                              Nevada Bar No. 9086
3773 Howard Hughes Parkway, Suite 400N       8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89169                                             Henderson, NV 89123

*Counsel for Defendant*                                          *Counsel for Plaintiff*
*Saxon Mortgage Services, Inc.*                            *Nick J. Zarza*

LV 421152607v4

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**ORDER**

**IT IS SO ORDERED.**

DATED June 4, 2018

_____
UNITED STATES MAGISTRATE JUDGE