JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: *bundickj@gtlaw.com*

*Attorneys for Defendant*
*Saxon Mortgage Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICK J. ZARZA,,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, SAXON MORTGAGE SERVICES, INC.<br><br>    Defendants. | Case No. 2:18-cv-00851-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER AND PROPOSED ORDER**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that the deadline for Defendant Saxon Mortgage Services, Inc. ("Defendant") to file its response to the Complaint is hereby extended to July 6, 2018. This stipulation is made and based upon the following:

1. Plaintiff filed his Complaint on May 11, 2018. ECF No. 1.

2. The Court granted an extension for Defendant to file its Answer or responsive pleading up to, and including, June 22, 2018. ECF No. 7.

3. Counsel for Defendant has been engaged in other commitments, including an evidentiary hearing, depositions, and travel.

4. The parties wish to discuss potential settlement.

5. In light of the foregoing, the parties agree to extend the time for Defendant to file a response to **July 6, 2018.**

6. This is the second extension of time requested herein. This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 20th day of June, 2018. | Dated this 20th day of June, 2018. |
| GREENBERG TRAURIG, LLP | HAINES & KRIEGER, LLC |
| */s/ Jacob D. Bundick, Esq.* | */s/ David H. Krieger, Esq.* |
| JACOB D. BUNDICK, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada Bar No. 9772 | Nevada Bar No. 9086 |
| 3773 Howard Hughes Parkway, Suite 400N | 8985 S. Eastern Avenue, Suite 350 |
| Las Vegas, NV 89169 | Henderson, NV 89123 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| *Saxon Mortgage Services, Inc.* | *Nick J. Zarza* |

**ORDER**

**IT IS SO ORDERED.**

DATED June 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE